UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF**<br><br>Charles Nelson<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Charles Nelson, state and bring this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff is filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Charles Nelson, is a resident and citizen of the State of Texas and claims damages as set forth below.

3. Jurisdiction is proper based upon diversity of Citizenship.

4. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is United States District Court for the Eastern District of Texas, Tyler Division.

5. Plaintiff brings this action

X        On behalf of himself;

1

## FACTUAL ALLEGATIONS

6.  On or about February 18, 2015, Plaintiff Charles Nelson underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of his surgery at Wadley Regional Medical Center in Texarkana, Texas, by Dr. Carey Alkire.

7.  Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

8.  As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff Charles Nelson has undergone surgical procedures and suffered damages, including but not limited to surgical procedures for arthrotomy of the right knee joint with radical debridement, polyethylene exchange of the right knee. Operations occurred on or about March 8, 2015 and March 13, 2015 at Wadley Regional Medical Center in Texarkana, Texas, by Dr. Carey Alkire.

Due to the use of the defective device, Plaintiff has and will continue to suffer substantial damages, including but not limited to pain and impaired mobility. Plaintiff endured substantial conscious pain and suffering, both physical and emotional in nature. Plaintiff incurred significant expenses for medical care and treatment, and was otherwise physically, emotionally, and economically injured. Plaintiff suffered severe pecuniary loss. Plaintiff seeks actual and punitive damages from the Defendants as alleged herein. The injuries and damages alleged herein are permanent and will continue into the future.

## ALLEGATIONS AS TO INJURIES

9. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__    INJURY TO HERSELF/HIMSELF

_____   INJURY TO THE PERSON REPRESENTED

_____   WRONGFUL DEATH

_____   SURVIVORSHIP ACTION

__X__    ECONOMIC LOSS

(b) Plaintiff's spouse claims is not applicable.

10. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiffs.

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

11. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X__    FIRST CAUSE OF ACTION - NEGLIGENCE;

__X__    SECOND CAUSE OF ACTION - STRICT LIABILITY;

      __X__    FAILURE TO WARN

      __X__    DEFECTIVE DESIGN AND MANUFACTURE

__X__    THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X__    FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF TEXAS, Tex. Bus. & Com. Code §§2.314, et seq;

__X__    FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X__    SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

    <u>  X  </u>    SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

    <u>  X  </u>    EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

    <u>  X  </u>    NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF TEXAS, Tex. Bus. & Com. Code Ann §§ 17.41, et seq;

    <u>  X  </u>    TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

    <u>  X  </u>    ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

    <u>  X  </u>    TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

    <u>  X  </u>    THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

    <u>  X  </u>    FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

<u>Not applicable                                                                                                          </u>

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;easonable attorneys' fees and costs as provided by law;

4

5. Equitable relief in the nature of disgorgement;

6. Restitution of remedy Defendants' unjust enrichment; and

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: March 6, 2017

                                            Respectfully submitted,

                                            SKIKOS CRAWFORD SKIKOS & JOSEPH

                                            /s/ Melissa E. Mielke, Esq.
                                            Steven J. Skikos (CA SBN 148110)
                                            Matthew J. Skikos (CA SBN 269765)
                                            Melissa E. Mielke (CA SBN 284560)
                                            One Sansome St., Ste. 2830
                                            Tel: (415) 546-7300
                                            Fax: (415) 546-7301
                                            mmielke@skikos.com
                                            *Attorneys for Plaintiff*